```
                                         FILED
                                    U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                  2000 FEB 23  A 8: 55

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 17, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

Plaintiff has filed a pro se and in forma pauperis civil action pursuant to 42 U.S.C. § 1983. **IT IS ORDERED** that on or before **March 16, 2000**, plaintiff must provide the Court with the following:

1. A written list of the full names of all persons whom plaintiff contends violated his constitutional rights under the facts alleged in this lawsuit.

2. A written statement advising the Court whether plaintiff is presently incarcerated based on a conviction and, if so, the date of conviction.

3. A written statement of the facts expected to be offered at trial either orally or as documents.

DATE OF ENTRY   FEB 23 2000

    4.    A complete and specific list of all documents to be offered at trial.

    5.    A complete list of all witnesses to be called at trial, including:

        a.    Name and address of each witness.

        b.    A separate summary of the expected testimony of each witness.

Plaintiff is to furnish the court with his D.O.C. number, date of birth and social security number so that he may be readily identified in the event he is transferred from one institution to another.

Plaintiff must send a copy of the above information to the defendants' attorney, Freeman Matthews, Usry and Weeks, 2800 Veterans Blvd., Suite 180 - Latter Center West, P. O. Box 6645, Metairie, LA 70009-6645.  Plaintiff must send copies of *all* motions sent to the Court to opposing counsel.  Failure to comply with the orders of this Court may result in dismissal of this action.

 

                                    JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE