

MINUTE ENTRY
WILKINSON, M.J.
MARCH 14, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

A preliminary conference by telephone is hereby scheduled with the undersigned magistrate judge on **April 4, 2000 at 10:30 a.m.** The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The magistrate judge's office will initiate the conference call.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

LINDA P. MORIN, ATTORNEY AT LAW
2800 GRAVER STREET
NEW ORLEANS, LA 70119

DATE OF ENTRY

MAR 1 6 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.