FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 29  P 4: 17

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
MARCH 28, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLEY GRAY                                       CIVIL ACTION

VERSUS                                           NO. 00-363

YAUN ALEXIS ET AL.                               SECTION "E" (2)


Plaintiff in the captioned matter has filed a motion for appointment of counsel. "A district court should appoint counsel in a civil rights case only if presented with exceptional circumstances." Norton v. E.U. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997). Having also considered the factors suggested in Ulmer v. Chancellor, 691 F.2d 209 (5th Cir. 1982),

**IT IS ORDERED** that plaintiff's motion for appointment of counsel is DENIED.


DATE OF ENTRY

MAR 3 0 2000

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep___
___ Doc.No._____