

MINUTE ENTRY
WILKINSON, M. J.
APRIL 4, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

A preliminary conference was conducted in this case on this date. Participating by telephone were: Pro se plaintiff Coley Gray and Linda Morin, representing defendants, Yaun Alexis, Marvin Gates and Joe Howard.

Plaintiff was sworn and testified for all purposes permitted by <u>Spears v. McCotter</u>, 766 F.2d 179 (5th Cir. 1985), and its progeny. It appears that plaintiff states a claim under the Americans With Disabilities Act "(ADA") and that defendants intend to assert a qualified immunity defense. Accordingly, **IT IS ORDERED** that the case will proceed as follows:

DATE OF ENTRY
APR 0 6 2000

Counsel on behalf of defendants, Yaun Alexis, Marvin Gates and Joe Howard, must file an answer no later than **April 14, 2000**. Defendants' motion for summary judgment regarding qualified immunity defense must be filed no later than **May 15, 2000**.

**IT IS FURTHER ORDERED** that plaintiff must respond in writing to defendants' motion for summary judgment no later than **June 15, 2000**. Plaintiff's response should include sworn affidavits or other evidentiary materials that set forth specific facts demonstrating that there is a genuine issue of material fact for trial in this case. However, plaintiff is instructed that his sworn testimony given during the April 4, 2000 telephone conference will be considered by the Court in opposition to defendants' motion, and plaintiff need not repeat the same information previously provided to the Court in that sworn testimony or in writing as part of any of his previous submissions.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE