FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 13 P 4: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

### ORDER

The Court, having considered the pleading, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's motion for a temporary restraining order and/or preliminary injunction is hereby **DENIED**.

New Orleans, Louisiana, this __14__ day of __April__, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 14 2000