

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLEY GRAY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-363 |
| | * | |
| YAUN ALEXIS, ET AL. | * | SECTION "E" MAG. (2) |

### EX PARTE MOTION FOR LEAVE OF COURT
### TO FILE MOTION FOR SUMMARY JUDGMENT OUT OF TIME
### AND INCORPORATED MEMORANDUM IN SUPPORT

MAY IT PLEASE THE COURT:

NOW INTO COURT, through undersigned counsel, come defendants Yaun Alexis, Joe Howard, and Marvin Gates, who respectfully move this Honorable Court for leave of court to file their Motion for Summary Judgment out of time. For the reasons that follow, this Motion should be granted:

This civil action was filed on or about February 18, 2000. By Order entered April 5, 2000, the Court ordered that the defendants file a Motion for Summary Judgment by May 15, 2000. Due to miscommunication among counsel for defendants and due to the press of other business, the undersigned has been unable to meet the Court's deadline. Defendants submit, however, that a Motion for Summary Judgment can be completed and filed on or before May 23, 2000. Since this proceeding is relatively young, defendants submit that an extension of one week will not result in

DATE OF ENTRY
MAY 1 9 2000

prejudice to any party, nor will it disrupt the Court's docket. In so far as counsel is unaware of any other procedural dates in this matter and considering the fact that a well-founded Motion for Summary Judgment would dispose of all the issues raised herein, judicial economy in fact dictates that the defendants be allowed an additional week within which to file their dispositive motion.

WHEREFORE, premises considered, the defendants' Motion for Leave to File Motion for Summary Judgment Out of Time should be GRANTED.

Respectfully submitted,

**USRY & WEEKS**

_____
FREEMAN R. MATTHEWS (# 9050)
CRAIG E. FROSCH (#19580)
Suite 180, Latter Center West
2800 Veterans Blvd.
P.O. Box 6645 (70009)
Metairie, LA 70002
Telephone: (504) 833-4600
Usry No. 00-321-08-E-0-037
**Counsel for Defendants**

H:\00-321 008\motext.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the U.S. Mail, properly addressed and first class postage pre-paid this 17th day of May, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLEY GRAY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-363 |
| | * | |
| YAUN ALEXIS, ET AL. | * | SECTION "E" MAG. (2) |

### ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Motion for Summary Judgment Out of Time, and upon finding that said Motion is well-taken,

IT IS ORDERED that the Motion for Leave to File Motion for Summary Judgment Out of Time be and is hereby GRANTED.

IT IS FURTHER ORDERED that the defendants be and are hereby allowed additional time through and including May 23, 2000, within which to file their Motion for Summary Judgment.

IT IS FURTHER ORDERED that plaintiff be and is hereby allowed until June 23, 2000, within which to file his Memorandum in Opposition to the defense Motion.

New Orleans, Louisiana, this _____ day of May, 2000.

_____
UNITED STATES MAGISTRATE JUDGE