

MINUTE ENTRY
WILKINSON, M.J.
MAY 18, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

    The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the conference conducted by telephone on April 4, 2000 in this matter and hold same for further use.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE