FILED
2000 MAY 31 P 1:50

MINUTE ENTRY
WILKINSON, M. J.
MAY 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiff's Motion to "Objected Extention (sic) Time"

O R D E R E D:

_XXX_ :   DISMISSED AS MOOT: Defendants' motion for summary judgment was filed on May 23, 2000 and plaintiff has been granted until **June 23, 2000** to file an opposition to defendants' motion.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 0 1 2000