

MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:            Defendants' Motion for Summary Judgment

O R D E R E D:

__XXX__ :   DISMISSED AS MOOT: A settlement was reached this date in the above-captioned case, and the motion, set for hearing on June 28, 2000, is moot.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 1 2 2000