

**MINUTE ENTRY**
**WILKINSON, M.J.**
**JUNE 12, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLEY GRAY                                              CIVIL ACTION

VERSUS                                                  NO. 00-363

YAUN ALEXIS ET AL.                                      SECTION "E" (2)

A conference was conducted in this matter on June 9, 2000. Participating via telephone were pro se plaintiff, Coley Gray, and Linda Morin, counsel for defendants.

During the preliminary conference, all parties discussed settlement. At the conclusion of those discussions, plaintiff and defendants voluntarily entered into an agreement to settle this case, and the terms and conditions of the settlement were recorded. Accordingly, the presiding district judge will be advised so that a conditional dismissal order may be entered, pending finalization of the settlement.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. MARCEL LIVAUDAIS, JR.

DATE OF ENTRY
JUN 12 2000

