

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 13 P 1: 26

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLEY GRAY                                                        CIVIL ACTION

VERSUS                                                            NO. 00-363

YAUN ALEXIS ET AL.                                                SECTION "E" (2)

### O R D E R

The Court having been advised by the magistrate judge that all of the parties to this action have firmly agreed upon a settlement and compromise that has been recorded,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, if plaintiff is not transferred to a state Department of Corrections facility on or before **June 20, 2000**, to reopen the case or to seek summary judgment enforcing the compromise if it is not consummated by that time. The Court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

New Orleans, Louisiana, this __13__ day of ___June___, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 3 2000

___Fee_____
___Process____
_X_/Dktd_____
___CtRmDep___
___Doc.No.___