U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 15 2000

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEY GRAY | CIVIL ACTION |
| VERSUS | NO. 00-363 |
| YAUN ALEXIS ET AL. | SECTION "E" (2) |

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the cassette tape of the settlement agreement reached and recorded this date in the above-captioned case and hold same for further use.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 1 5 2000

